DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICIA GOTTLIEB,**
Appellant,

v.

**SUNRISE LAKES CONDOMINIUM APTS., PHASE 3 INC. 1,**
Appellee.

No. 4D17-1321

[May 17, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE-16-15992.

Richard J. Burton and Daniel J. Poterek of The Burton Firm, P.A., Aventura, for appellant.

E.J. Generotti of Frank, Weinberg & Black, P.L., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***